UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 09-20729-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL STEPHEN,

    Defendant.
_____/

### [1]ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Sealed Report and Recommendation regarding counsel's CJA representation in defendant's re-sentencing proceedings issued by United States Magistrate Judge Peter R. Palermo, on September 14, 2012 **(D.E.#168),** recommends to this Court, that CJA Voucher #FLS 12-3339 be Granted and that Mr. Richard Klugh, Esquire be paid a total sum of **$2,100.00** the statutory maximum, as fair and final compensation for his work on this case. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10 day of October, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Palermo
Richard Klugh, Esq
Lucy Lara, CJA Administrator

---

[1]This order is not sealed